AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRANDEN and CATHERINE REYNOLDS, husband and wife, and the marital community comprised thereof,

                Plaintiffs,

    v.

ALLSTATE INSURANCE COMPANY, a foreign corporation,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-406-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Partial Summary Judgment Ct. Rec. 11 is Denied. Defendant is award judgment as a matter of law on all of the Plaintiffs' causes of action pursuant to the Order filed July 28, 2011, Ct. Rec. 27.

July 28, 2011                              JAMES R. LARSEN
*Date*                                                   *Clerk*

                                                          s/ Shirley Peters
                                                          *(By) Deputy Clerk*

                                                          Shirley Peters